UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Bruce Beckington ; John Jurik ; James Van Sickle

**Defendant(s):** American Airlines, Inc.

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Joseph Marty Harper , Attorney**
ASU Alumni Law Group
111 East Taylor Street, Suite 120
Phoenix, Arizona  85004-4467
602-251-3621

**Kelly Joyce Flood , Attorney**
ASU Alumni Law Group
111 East Taylor Street, Suite 120
Phoenix, Arizona  85004-4467
602-251-3622

Defendant's Atty(s):

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
            Plaintiff:- N/A
            Defendant:- N/A

IV. Origin :    1. Original Proceeding

            740 Railway Labor Act

V. Nature of Suit:

VI. Cause of Action:     45 USC Section 151 -- Plaintiffs seek damages against Defendant for its collusion in the breach of a union's duty of fair representation.

VII. Requested in Complaint
   Class Action: **Yes**
   Dollar Demand: **In excess of $250 million**
   Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:  Joseph Marty Harper**

   **Date:  02/01/2017**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014